IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA DIMARCO,                    :
                                     :        Civil Action No.  4:15-CV-1040
                Plaintiff,           :        (Judge Brann)
                                     :
        v.                           :
                                     :
ARAMARK MANAGEMENT                   :
SERVICES,                            :
                                     :
                                     :
                Defendant.           :

**ORDER**
September 10, 2015

AND NOW, this 10th day of September, 2015, counsel for the Plaintiff

advising the Court by letter filed September 9, 2015 (ECF No. 16) that the parties

have stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the

dismissal of all claims, **IT IS HEREBY ORDERED THAT** this action is

dismissed without costs and without prejudice to the right of either party, upon

good cause shown, to reinstate the action within sixty (60) days if the settlement is

not consummated.

                        BY THE COURT:


                        s/Matthew W. Brann
                        Matthew W. Brann
                        United States District Judge